UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1777 JRT/FLN

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHEN D. KRUGER,

Defendant.

ORDER TO DISMISS BENCH WARRANT

This matter came before the Court prior to defendant's arrest on a bench warrant for failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 17 day of April, 2001.

UNITED STATES MAGISTRATE JUDGE

FILED APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK